UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| TIMSON WILLIAMS | ) | CIVIL ACTION NO: 09-0039 "P" |
| | ) | |
| VERSUS | ) | JUDGE MELANCON |
| | ) | |
| MICHAEL MUKASEY; MICHAEL CHERTOFF; GEORGE LUND, III; JOE P. YOUNG | ) ) ) | MAGISTRATE JUDGE HILL |

## ORDER

Considering the foregoing Motion to Dismiss, and for good cause shown therein;

**IT IS ORDERED** that the Motion to Dismiss is GRANTED, and that the Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2241 is DENIED AND DISMISSED WITHOUT PREJUDICE as moot.

**THUS DONE AND SIGNED** this 22nd day of June, 2009, at Lafayette, Louisiana.

_____
Tucker L. Melançon
United States District Judge